# EXHIBIT B

```
<!DOCTYPE html><html xmlns="http://www.w3.org/1999/xhtml"
xmlns:v="urn:schemas-microsoft-com:vml"
xmlns:o="urn:schemas-microsoft-com:office:office"><head><!--[if gte mso 9]><xml>
<o:OfficeDocumentSettings> <o:AllowPNG/> <o:PixelsPerInch>96</o:PixelsPerInch>
</o:OfficeDocumentSettings> </xml><![endif]-->
<meta http-equiv="Content-Type" content="text/html; charset=utf-8"> <!--[if
!mso]><!--> <meta http-equiv="X-UA-Compatible" content="IE=edge"> <!--<![endif]-->
<meta name="viewport" content="width=device-width, initial-scale=1.0"> <meta
name="x-apple-disable-message-reformatting"> <title></title> <style
type="text/css">@media only screen and
(max-width:480px){.lihide{display:none!important}.lishow{display:table-row!important
}}</style> <style
type="text/css">.hl-1,.hl-2,.hl-3,.text,.preheader-link,.footer-text,.footer-link,.b
utton_style,.button_style-2{font-family:'Arial',Helvetica,sans-serif;color:#0d0d0d}a
{color:#0d0d0d}.hl-1{font-size:28px;line-height:32px;font-weight:700;text-align:left
}.hl-2{font-size:20px;line-height:24px;font-weight:700;text-align:left}.hl-3{font-si
ze:12px;line-height:16px;font-weight:700;text-align:center;color:#0d0d0d}.text{font-
size:16px;line-height:24px;font-weight:400;text-align:left}.preheader-link{font-size
:14px;line-height:18px;font-weight:300;text-align:left}.footer-text{font-size:12px;l
ine-height:16px;font-weight:400;color:#808080;text-align:center}.footer-link{font-si
ze:12px;line-height:16px;font-weight:400;color:#808080;text-align:center}.button_str
ucture{-webkit-border-radius:0;-moz-border-radius:0;border-radius:0;height:45px;back
ground-color:#009ed8;text-align:center!important}.button_style{font-size:14px;line-h
eight:20px;font-weight:700;letter-spacing:1px;text-transform:uppercase;color:#fff!im
portant;text-align:center!important;text-decoration:none;-webkit-border-radius:0;-mo
z-border-radius:0;border-radius:0;padding:15px
0;display:inline-block;width:100%}.button_structure-2{-webkit-border-radius:0;-moz-b
order-radius:0;border-radius:0;height:45px;border:1px solid
#000;background-color:#fff;text-align:center!important}.button_style-2{font-size:12p
x;line-height:16px;font-weight:700;letter-spacing:1px;text-transform:uppercase;color
:#000!important;text-align:center!important;text-decoration:none;-webkit-border-radi
us:0;-moz-border-radius:0;border-radius:0;padding:15px
0;display:inline-block;width:100%}.border-bottom{border-bottom:1px solid
#808080}html{Margin:0 auto;padding:0}body{width:100%;min-width:100%;Margin:0
auto!important;padding:0!important;border-collapse:collapse!important;table-layout:f
ixed!important}table
td{border-collapse:collapse!important}img{display:block;border:0;text-align:center}.
p-t-16{padding-top:16px}.p-t-24{padding-top:24px}.p-t-32{padding-top:32px}.p-b-20{pa
dding-bottom:24px}.p-r-24{padding-right:24px}.p-b-32{padding-bottom:32px}.p-tb-24{pa
dding-top:24px;padding-bottom:24px}.p-lr-24{padding-left:24px;padding-right:24px}.p-
tb-32{padding-top:32px;padding-bottom:32px}.p-t-24-b-32{padding-top:24px;padding-bot
tom:32px}.p-tblr-20{padding-top:20px;padding-bottom:20px;padding-left:20px;padding-r
ight:20px}.p-tb-32-lr-24{padding-top:32px;padding-bottom:32px;padding-left:24px;padd
ing-right:24px}.p-t-32-lr-24{padding-top:32px;padding-left:24px;padding-right:24px}.
p-b-32-lr-24{padding-bottom:32px;padding-left:24px;padding-right:24px}#outlook
a{padding:0!important}.ExternalClass
*{line-height:100%}*{-webkit-text-size-adjust:none}@media screen and
(max-width:480px){u+.body
.full-wrap{width:100%!important;width:100vw!important}.mobile-only{display:block!imp
ortant;width:auto!important;max-height:inherit!important;overflow:visible!important;
```

```
float:none!important}.wrap{width:100%!important;max-width:100%!important;height:auto
!important}.empty{width:0!important;height:0!important;display:none!important}.respo
nsive-image{width:100%!important;max-width:100%!important;height:auto!important}.m-h
l-2{font-size:20px;line-height:24px;font-weight:700;text-align:left}.padding-none{pa
dding:0!important}.mp-b-10{padding-bottom:10px!important}.mp-t-10{padding-top:10px!i
mportant}.mp-t-20{padding-top:20px!important}.mp-b-20{padding-bottom:20px!important}
.mp-b-32{padding-bottom:32px!important}.mp-tblr-20{padding-top:20px!important;paddin
g-bottom:20px!important;padding-left:20px!important;padding-right:20px!important}.mp
-tb-32-lr-24{padding-top:32px!important;padding-bottom:32px!important;padding-left:2
4px!important;padding-right:24px!important}.mp-tlr-24-b-32{padding-top:24px!importan
t;padding-bottom:32px!important;padding-left:24px!important;padding-right:24px!impor
tant}.mp-lr-24{padding-left:24px!important;padding-right:24px!important}.break{displ
ay:block!important}.border-footer{border-bottom:1px solid
#c8c7c7!important}.border-none{border:none!important}.center{text-align:center!impor
tant}.mobileBG{background-image:url()!important}}</style> <script
type="application/ld+json">
[{
"@context": "http://schema.org/",
"@type": "Organization",
"name": "People.com",
"logo": "https://images.meredith.com/images/logos/2025/200x200/people-logo.png"
}]
</script> </head> <body
style="Margin:0;padding-top:0;padding-bottom:0;padding-right:0;padding-left:0;min-wi
dth:100%;background-color:#ffffff" class="body">
<div
style="color:transparent;visibility:hidden;opacity:0;font-size:0px;border:0;max-heig
ht:1px;width:1px;margin:0px;padding:0px;border-width:0px!important;display:none!impo
rtant;line-height:0px!important;"><img border="0" width="1" height="1"
src="http://track.people.com/q/nh8invfM3jW6_UMvC7fSoQ~~/AARGbBA~/cYa5AWmlupIMp7cb0eb
9rT6sqD67a3AUU780Bcklgg3SbEfV0pllFs9M3xuvOW5LOrPsMkvmIsdC7ktNsG0Aow~~" alt=""></div>
<span
style="color:transparent;visibility:hidden;display:none;opacity:0;height:0;width:0;f
ont-size:0;"></span><img
src="https://links.people.com/e/eo?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12e1a2
235cf24f998a404c06c04e378f&amp;_e=dcy7bbpTkBXSR9eGvAvOzB5OQZben2EAetN625Uk6RjynnP0ey
RwxyQXU4GokDfefIYZoOV9krgSANRrSNXn9AKn8G3InyYmhOWNCVc3Zhoj_Piu0gKhtrkMrOba52uhTufZCC
cj1iyS6kqjU0NBmw%3D%3D"
style="border:0;width:1px;height:1px;border-width:0px!important;display:none!importa
nt;line-height:0!important;" width="1" height="1"> <!-- Visually Hidden Preheader
Text : BEGIN --> <div style="display: none; font-size: 1px; line-height: 1px;
max-height: 0px; max-width: 0px; opacity: 0; overflow: hidden; mso-hide: all;
font-family: sans-serif;"> Plus, Prince William Just Knighted Someone That Will Earn
Him Cool Points with George, Charlotte and Louis </div> <!-- Visually Hidden
Preheader Text : END --> <!-- Create white space after the desired preview text so
email clients don’t pull other distracting text into the inbox preview. Extend as
necessary. --> <!-- Preview Text Spacing Hack : BEGIN --> <div style="display: none;
font-size: 1px; line-height: 1px; max-height: 0px; max-width: 0px; opacity: 0;
overflow: hidden; mso-hide: all; font-family: sans-serif;">
              
```               

                                                                                                                                                                                                                                                                                                                                                                   ```
              
              
              
              
              
              
              
              
              
              
              
              
              
       </div> <!-- Preview Text Spacing Hack : END -->
<!--start wrapper table--> <table role="presentation" class="wrap full-wrap"
width="100%" border="0" cellspacing="0" cellpadding="0" align="center"
bgcolor="#ffffff" style="background-color:#ffffff; min-width:100%;"> <tr> <td
align="center"> <table role="presentation" border="0" cellspacing="0"
cellpadding="0" class="wrap" width="600" align="center" bgcolor="#FFFFFF"
style="background-color:#FFFFFF;"> <tr> <td align="center"> <!--start message
content--> <!--People Breaking News Header--> <table role="presentation" border="0"
cellspacing="0" cellpadding="0" class="wrap" width="600" align="center"> <tr> <td
align="center"> <table border="0" cellspacing="0" cellpadding="0" class="wrap empty"
width="600" align="center"> <tr> <td align="center"><a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12
e1a2235cf24f998a404c06c04e378f&amp;_e=p6Vxp4zZWLsyfme5yvCF1SJXYXEq2JETTpc-ZbSLUaNZyO
Pqhw6xKSYmZnEVhKOGbtvtRf8HYUqgdc7JRmI1L7aK1U8LzrCfts1EHcxRyJeAdowPCtOiwfJZlhezA41tPN
QEPb7k7holWEOl5UA9aRXt99-LO2SNLI8W6HO9EIsbU47NwmEzY_gCjXRhijLEj-XwDMmjH1sh4wmPGiLPjs
SgMqgepdncYB0VSs4kODvkBo54XIE5y4b5CO1rBQ1gtbAa5l2iPWgC0HZ5RnK9NIPHNsAclHUeNbt_uery4U
v7OCd7yxF_0vKQGRJsjXLU74_YNxu2bZAs6zY7HOD9BxYsF_oajPqvve5Tr8_W66WSNO4IK5U_0vE_zl_jY1
ig8YLQFFgw7-dCRJm2d8rvfZsnL5QMAfL0ORS6c4cqIoxJTeTHsoyHYK7EvMFZh7SbMnxewc-7sFB3rfl_eS
mc4XD09DAPftlTe8KPx6UYm-CXgLuM__9lJW9UQ_ECG7yRj52KtorVSIU9icjGtSZ0F-8mTCVzGfmIEpuYwo
ErQ-sjt1-wfCFOmEcP1SHE3aKzLh8sPjv2i_01b1YIbbBIbw%3D%3D"><img
src="https://images.meredith.com/People/Images/Newsletters/2023/10/ppl_newsalert_hea
der_desktop.png" width="600" alt="People News Alert" class="responsive-image"
style="max-width: 600px !important;"></a></td> </tr> </table> <!--[if
!mso]><!--Mobile Header--> <div class="mobile-only" style="font-size: 0; max-height:
0; overflow: hidden; display: none"> <table class="wrap" width="700" border="0"
cellspacing="0" cellpadding="0" align="center"> <tr> <td align="center"><a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12
e1a2235cf24f998a404c06c04e378f&amp;_e=p6Vxp4zZWLsyfme5yvCF1SJXYXEq2JETTpc-ZbSLUaNZyO
Pqhw6xKSYmZnEVhKOGbtvtRf8HYUqgdc7JRmI1L7aK1U8LzrCfts1EHcxRyJeAdowPCtOiwfJZlhezA41tPN
QEPb7k7holWEOl5UA9aRXt99-LO2SNLI8W6HO9EIsbU47NwmEzY_gCjXRhijLEj-XwDMmjH1sh4wmPGiLPjs
SgMqgepdncYB0VSs4kODvkBo54XIE5y4b5CO1rBQ1gtbAa5l2iPWgC0HZ5RnK9NIPHNsAclHUeNbt_uery4U
v7OCd7yxF_0vKQGRJsjXLU74_YNxu2bZAs6zY7HOD9BxYsF_oajPqvve5Tr8_W66WSNO4IK5U_0vE_zl_jY1
ig8YLQFFgw7-dCRJm2d8rvfZsnL5QMAfL0ORS6c4cqIoxJTeTHsoyHYK7EvMFZh7SbZe1SOMwLPqfyUYY1Oq
dIg9fYJjtOELaJlSao9U-XZZGPaQDzHQFt8UOZlBBASs7IrYIclIkg1RUChWN_4WE8ewrRh8pHjvx9znT2RP
bGZUZDxQ57ngokigHyHRnuN0OVUXvYZF__PzJWs6JpQyG_Hg%3D%3D"><img
src="https://images.meredith.com/People/Images/Newsletters/2023/10/ppl_newsalert_hea
der_mobile.png" alt="People News Alert" width="600"
```

```
class="responsive-image"></a></td> </tr> </table> </div> <!--<![endif]--> </td>
</tr> </table> <!--Mod #1--> <table role="presentation" class="wrap" width="600"
border="0" cellspacing="0" cellpadding="0" align="center"> <tr> <td align="center"
style="padding: 24px 24px 32px 24px;"><table role="presentation" class="wrap"
width="552" align="center" border="0" cellspacing="0" cellpadding="0"> <!--Image-->
<tr> <td align="center"><a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12
e1a2235cf24f998a404c06c04e378f&amp;_e=p6Vxp4zZWLsyfme5yvCF1f3ZbdUbvyUIz4d1UvMoFMVFlI
LoF2YqRRxR7pqS0ZZLXWZHLyqLuGPinsDG7uXI7A45qmyS9xO-mxTfS_BNFVqfNT4Zl_wgUsa9UKsyCsO3fx
iiDFVVY5qqnaxhEhnJf4RxVJxDgjFs-zOmEu07ONFg8_df0gYRZdyf_qbR2qKZmU_ByQOjHEovQqCusqJnQ8
X-fo4KSO8BL-G9Z4IQlue_KWQgF8B6hg61burSPVnCLZvKfYAvERk03Ehvf97uyv9I9QhByFaP3y3YsZCXyb
eF06bJ0Ym2VLpyO41rqXA_OmHt8308Yke1BExDrNbT6dJKCYGksFzqk_6WpWT-jxlE7fADo7pfy1W-WGZIYx
flXk8aLKplUHAzPgLoYmcatVMYwFVFZ_KVat9IFgnuoHZd-okSBw6maHc0YrTVYFkKJt1PXrh65RFA9fMgei
nE-D3vKEV0y-uEdQFV03k47WmPgU3aCAs4uDRDc7UhqgTrQTWkQVDh4lAETld3eo3dA86XB4K1M8YCjwbo6t
UMAEloVNanrhWF24gH-KOIj4xsto7j9-5l4lLRHdIZO0FktBZZ3HqxZBAge4ctk2KlV7xG8Ml6uIdloa7wen
nkeCR0iZUGJG1jwNuXa6AMeGNFfjYMjMIy1TStIryWqA81EEcONoU-9K3YUlVChFwEZKBd"><img
src="https://people.com/thmb/S2uDvtq53yq7ZKR1UWWPjhIwzVc=/1500x0/filters:no_upscale(
):max_bytes(150000):strip_icc():focal(749x0:751x2)/DENNIS-NEILSEN-United-Airlines-Fl
ight-232-062525-ed2296e4e3944c088fe01e25affb017d.jpg" alt="3-Year-Old Survived
Infamous Plane Crash as Mom Shielded Him and Brother: 'We Were the Last Thing She
Was Holding Onto'" width="552" class="responsive-image"></a></td> </tr> </table>
<table role="presentation" class="wrap" width="552" align="center" border="0"
cellspacing="0" cellpadding="0"> <tr> <td align="center" class="p-t-16"><table
role="presentation" class="wrap" width="552" align="center" border="0"
cellspacing="0" cellpadding="0"> <!--Headline--> <tr> <td class="hl-1 m-hl-2"
align="center" style="text-align: left;"><a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12
e1a2235cf24f998a404c06c04e378f&amp;_e=p6Vxp4zZWLsyfme5yvCF1f3ZbdUbvyUIz4d1UvMoFMVFlI
LoF2YqRRxR7pqS0ZZLXWZHLyqLuGPinsDG7uXI7A45qmyS9xO-mxTfS_BNFVqfNT4Zl_wgUsa9UKsyCsO3fx
iiDFVVY5qqnaxhEhnJf4RxVJxDgjFs-zOmEu07ONFg8_df0gYRZdyf_qbR2qKZmU_ByQOjHEovQqCusqJnQ8
X-fo4KSO8BL-G9Z4IQlue_KWQgF8B6hg61burSPVnCLZvKfYAvERk03Ehvf97uyv9I9QhByFaP3y3YsZCXyb
eF06bJ0Ym2VLpyO41rqXA_OmHt8308Yke1BExDrNbT6dJKCYGksFzqk_6WpWT-jxlE7fADo7pfy1W-WGZIYx
flXk8aLKplUHAzPgLoYmcatVMYwFVFZ_KVat9IFgnuoHZd-okSBw6maHc0YrTVYFkKJt1PXrh65RFA9fMgei
nE-D3vKEV0y-uEdQFV03k47WmPgU3aCAs4uDRDc7UhqgTrQTWkQVDh4lAETld3eo3dA86XB4K1M8YCjwbo6t
UMAEnqXXlNHpHlxcLqFKU1h7r3jvZSfDahwVQa9Zb7ud-MiJ4yMKUGKBFgnol6TdRVFf8DbdUZaX2DbRKChf
a7qv-q1k8hkf2JXOweGyV2lt1ICfAklW40veEDU-xBMHRghT8nmADW3sP82p8rEp7hf4-y"
style="color: #000000; text-decoration: none;">3-Year-Old Survived Infamous Plane
Crash as Mom Shielded Him and Brother: 'We Were the Last Thing She Was Holding
Onto'</a></td> </tr> </table></td> </tr> </table></td> </tr> </table> <table
role="presentation" border="0" cellspacing="0" cellpadding="0" class="wrap"
width="552" align="center"> <tr> <td align="center" class="mp-lr-24"><table
role="presentation" border="0" cellspacing="0" cellpadding="0" class="wrap"
width="552" align="center" style="border-top: 1px solid #D9D9D9;"> <tr> <td
align="center" class="p-tb-32"><table role="presentation" border="0" cellspacing="0"
cellpadding="0" class="wrap" width="552" align="center"> <tr> <td class="hl-1"
style="padding-bottom: 24px; text-align:center;">More from PEOPLE</td> </tr>
</table> <table role="presentation" border="0" cellspacing="0" cellpadding="0"
class="wrap" width="552" align="center"> <tr> <td align="center"> <!--Post #1-->
<table role="presentation" border="0" cellspacing="0" cellpadding="0" class="wrap"
width="191" align="left"> <tr> <td align="center" valign="top" class="p-r-24
```

```
padding-none mp-b-32"><table role="presentation" width="167" border="0"
cellspacing="0" cellpadding="0" align="center" class="wrap" style="max-width:
490px;"> <tr> <td align="center"><table role="presentation" border="0"
cellspacing="0" cellpadding="0" width="100%" align="center" class="wrap"
style="max-width: 208px !important;"> <!--Image--> <tr> <td align="center"
style="padding-bottom: 16px;"><a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12
e1a2235cf24f998a404c06c04e378f&amp;_e=p6Vxp4zZWLsyfme5yvCF1Ws-_BdONpg_5_6CfkTpGRzrhw
g7VBVGIx9Q6Z15N-7YOddn2uPvxcJdK1AD4scBVMa4krede-1DoGi5TFMHT0N3ibeuL3YYJUoYMd8bsVM-lJ
sL3s8BWA4dq45xT1kP1UA9rgDTuV-jQ8LaHfrxQ5iGyy_w33Wtfjw7WnpScOE3Y-TuxCWL80UHv2hMYRpxjx
NalqqVmiDoe-oymRIwk9XGvUd2QtWADo4daeNhEWCihljFATTKGoGwpCcpwxjjllRVosMWP0aDHYxiu5aYcc
pOYx7i--s9M9wqs_aZv_6C5pTuC9D6wZ_HgDHI0ZXzIhkpicgFtxiEOKMDcw9t3c-3IXZP_RBdTqCki0JvUd
TJ_GudAsUsGeIIgKEHaR92A2MZwYr1PahH6_K_VNL0BcOMWOLM9fSQoBEUORE93RCn2AW3qF0ZhAWoXG8CuC
LbxGb6gWd9l7FFawZ0a25FAIQJRY8vPeLR1pB4TnNG8sJ8E-QKbdSWAqoAPfJpmjcj-6ncHdxYOfddCwMw1q
JVUMdx0DEU0kxpg44QvBcGeiMuilcm3ZPQIJuGwRmSxv8vssIDcGjWlGKvtfiKh31WiYbdJeuXV1dBLQ5_pl
lsCknUO99fcEyYkR1vZzrmMOghTI9LkPPa3Re8Razo2qqN-cc%3D"><img
src="https://people.com/thmb/09OjtIALtrcx7VswjMQdxgqdqUg=/1500x0/filters:no_upscale(
):max_bytes(150000):strip_icc():focal(646x441:648x443)/Prince-William-Sir-Garth-Sout
hgate-Windsor-castle-062525-tout-c80441f526d94f3cb123007d3c66d47d.jpg" alt="Prince
William Just Knighted Someone That Will Earn Him Cool Points with George, Charlotte
and Louis" width="167" height="111" class="responsive-image"></a></td> </tr>
<!--Headline--> <tr> <td class="text" align="center" style="font-weight: 700;
text-align: left;"><a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12
e1a2235cf24f998a404c06c04e378f&amp;_e=p6Vxp4zZWLsyfme5yvCF1Ws-_BdONpg_5_6CfkTpGRzrhw
g7VBVGIx9Q6Z15N-7YOddn2uPvxcJdK1AD4scBVMa4krede-1DoGi5TFMHT0N3ibeuL3YYJUoYMd8bsVM-lJ
sL3s8BWA4dq45xT1kP1UA9rgDTuV-jQ8LaHfrxQ5iGyy_w33Wtfjw7WnpScOE3Y-TuxCWL80UHv2hMYRpxjx
NalqqVmiDoe-oymRIwk9XGvUd2QtWADo4daeNhEWCihljFATTKGoGwpCcpwxjjllRVosMWP0aDHYxiu5aYcc
pOYx7i--s9M9wqs_aZv_6C5pTuC9D6wZ_HgDHI0ZXzIhkpicgFtxiEOKMDcw9t3c-3IXZP_RBdTqCki0JvUd
TJ_GudAsUsGeIIgKEHaR92A2MZwYr1PahH6_K_VNL0BcOMWOLM9fSQoBEUORE93RCn2AW3qF0ZhAWoXG8CuC
LbxGb6gWd9l7FFawZ0a25FAIQJRY8vPeLR1pB4TnNG8sJ8E-QKbdSWAqoAPfJpmjcj-3ZqSLsGr90eHDLAV1
Wxt5xjRzjiT5u-aXub8qEYa5yIwkyqXb1amaAYUjcEjix9oHtSgAqjwBlvT7Eslm50cqm8fvyAB9zBx-vQAL
ARyCNudSby4kWGctuxWItn1wr-wAOaqc9SlzeOm6kSEGVPrXk%3D" style="color: #000000;
text-decoration: none;">Prince William Just Knighted Someone That Will Earn Him Cool
Points with George, Charlotte and Louis</a></td> </tr> </table></td> </tr>
</table></td> </tr> </table> <!--[if mso]></td><td><![endif]--> <!--Post #3-->
<table role="presentation" border="0" cellspacing="0" cellpadding="0" class="wrap"
width="191" align="left"> <tr> <td align="center" valign="top" class="p-r-24
padding-none mp-b-32"><table role="presentation" width="167" border="0"
cellspacing="0" cellpadding="0" align="center" class="wrap" style="max-width:
490px;"> <tr> <td align="center"><table role="presentation" border="0"
cellspacing="0" cellpadding="0" width="100%" align="center" class="wrap"
style="max-width: 208px !important;"> <!--Image--> <tr> <td align="center"
style="padding-bottom: 16px;"><a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12
e1a2235cf24f998a404c06c04e378f&amp;_e=p6Vxp4zZWLsyfme5yvCF1RNc-lhtrFcFnDxuzGzNVvxc9z
3PJlE_FiTRQbV5taIR0ZpZrk3n-UYuzh4MUIQYUSG4A2hWCeMy9qo0XCQ_yF7wbfs0s4CnU43Zdm01nBZDmW
BGPXCjgJxa2sO9Vj1AyDix2LAcGD4mSQz363CwaJqRqtc0jziolUFaQ6VI7f80a5Gq1ayxHTB-p3FyGjzauv
6wvsCrDC0TxhW41LeA9WFYv_769_xC3HoB3BzLIib5ZsW4Hqpswj6BWsLngGoxMFLqbpMQbIa8Xs1Y5HZwCR
wUL6zQuJtZz4x6bzIDUmMrVOb3HstZ9qcBO3sfD8qVdm9DG3URUGJ9QmulzXrPy6nz1Qcn09jcKcaYy_ECj9
```

JM6at-_L-PTd2BkAA-DhxEt2NiCj_dH9PpWsC2pBOEQWcoFx7RrTdQSS4TQx6YW-zM-vWn5ZOsd6cinmVdns
cE2VuDSIgXF2J_JCS26WsF0JRfTgHEA6ygxKb_fKDCIjI6TUEao497Ok0K-jplIFfL-h-PeEHjKkrcQvPqBX
STjkuFXLLSIHTXZqnY9PHpb96VLViiyeBr2wXv3yqrq46p6y89iTTLwMjg-PeT6lTykBimzrqa5R9_wgoKMb
cZEcNn"><img
src="https://people.com/thmb/0zMLZMXoRLeCIvMzfJmwecc2mrg=/1500x0/filters:no_upscale(
):max_bytes(150000):strip_icc():focal(892x228:894x230)/love-island-usa-season-7-dump
ed-main-062525-45bc9db97166418a9abaab44fc50f5ee.jpg" alt="Who Went Home on 'Love
Island USA'? Find Out Which Season 7 Contestants Were Dumped From the Villa"
width="167" height="111" class="responsive-image"></a></td> </tr> <!--Headline-->
<tr> <td class="text" align="center" style="font-weight: 700; text-align: left;"><a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&_m=12
e1a2235cf24f998a404c06c04e378f&_e=p6Vxp4zZWLsyfme5yvCF1RNc-lhtrFcFnDxuzGzNVvxc9z
3PJlE_FiTRQbV5taIR0ZpZrk3n-UYuzh4MUIQYUSG4A2hWCeMy9qo0XCQ_yF7wbfs0s4CnU43Zdm01nBZDmW
BGPXCjgJxa2sO9Vj1AyDix2LAcGD4mSQz363CwaJqRqtc0jziolUFaQ6VI7f80a5Gq1ayxHTB-p3FyGjzauv
6wvsCrDC0TxhW41LeA9WFYv_769_xC3HoB3BzLIib5ZsW4Hqpswj6BWsLngGoxMFLqbpMQbIa8Xs1Y5HZwCR
wUL6zQuJtZz4x6bzIDUmMrVOb3HstZ9qcBO3sfD8qVdm9DG3URUGJ9QmulzXrPy6nz1Qcn09jcKcaYy_ECj9
JM6at-_L-PTd2BkAA-DhxEt2NiCj_dH9PpWsC2pBOEQWcoFx7RrTdQSS4TQx6YW-zM-vWn5ZOsd6cinmVdns
cE2VuDSIgXF2J_JCS26WsF0JSncqueQNZBWWRS55egedptWul0NtCIRJ9bK_6ncD1UX-xgfrzOtzf9tjMAcU
EObzTtPbUv5aFTkHs5bGtEJibNwoWNgVlRXH80SM2JzkNIRKogKivBUhWc34VK0FHUkbXw3ElyztkvRW6ZKy
9kviuP" style="color: #000000; text-decoration: none;">Who Went Home on 'Love Island
USA'? Find Out Which Season 7 Contestants Were Dumped From the Villa</a></td> </tr>
</table></td> </tr> </table></td> </tr> </table> <!--[if mso]></td><td><![endif]-->
<!--Post #2--> <table role="presentation" border="0" cellspacing="0" cellpadding="0"
class="wrap" width="167" align="left"> <tr> <td valign="top" align="center"><table
role="presentation" width="167" border="0" cellspacing="0" cellpadding="0"
align="center" class="wrap" style="max-width: 490px;"> <tr> <td
align="center"><table role="presentation" border="0" cellspacing="0" cellpadding="0"
width="100%" align="center" class="wrap" style="max-width: 208px !important;">
<!--Image--> <tr> <td align="center" style="padding-bottom: 16px;"><a
href="https://links.people.com/a/click?_t=36ba8fa8372241d58b3bfc06997a4332&_m=12
e1a2235cf24f998a404c06c04e378f&_e=p6Vxp4zZWLsyfme5yvCF1aigMp9-T08RncqlIQptKCipCr
opubkovA6oDNhiAyw69owxYdAZA9C9z7DZzGTn7rmJijFsLAwSFZOG3-U0aAT9xfTtSCRxXkRJHlJpRsKNy_
Z2ADB8PVoLxomuNHV0gMB0ADNQysvXEv4JsM_OtxoDP3Y6nTa0LoHpTWUEAkl0b2TNwJqh2gNbItzEcdyqGc
_TlZ2tBIT5cb7s-apM8JQBqkGtDzWbmpmJeiO2Mhz_s9JppbdgpZl8nC9x9UNjGsHavtbNviK3HLaIR27RP9
diarpy9dJ4G5vcPkYi_LgtMpC-dTHU50NJ4dY4TJ8hcBzh1DDy9YKI9GjTzfpisTkpfISwhOziovJNz4TNbi
6zmA9eE8ny5yulRFggRs86ehQ9KH_L8g_kMezmwpGqHBFqMR1XXjrLIvVY1iys5dit_qTyrg9PgEUSMEMEaV
JKAYbvBHkoiIjIgXKrOHHHvrvs5lViTni7wCe5G4n5cyO22yNeblIf87gg7obp-PjWXilgvzswIFR65VlyE7
98oxasbLqBLnW5aqh8phiBhbuweIzV6Yni-T0e79FsMuJ1hacoTFfMfDVZ3z5tFYxjsFQ%3D"><img
src="https://people.com/thmb/T9_WocZ-dBrxyvoMpfZYobUzVGo=/Pedro-Pascal-attends-Gladi
ator-lI-The-Royal-Film-Performance-and-Global-Premiere-062525-1-6b7e4d78f9784f75b86d
6dc883ccffb2.jpg" alt="Pedro Pascal ‘Agonized’ Over His Decision to Slam J.K.
Rowling: Read More in the App" width="167" height="111"
class="responsive-image"></a></td> </tr> <!--Headline--> <tr> <td class="text"
align="center" style="font-weight: 700; text-align: left;"><a
href="https://links.people.com/a/click?_t=36ba8fa8372241d58b3bfc06997a4332&_m=12
e1a2235cf24f998a404c06c04e378f&_e=p6Vxp4zZWLsyfme5yvCF1aigMp9-T08RncqlIQptKCipCr
opubkovA6oDNhiAyw69owxYdAZA9C9z7DZzGTn7rmJijFsLAwSFZOG3-U0aAT9xfTtSCRxXkRJHlJpRsKNy_
Z2ADB8PVoLxomuNHV0gMB0ADNQysvXEv4JsM_OtxoDP3Y6nTa0LoHpTWUEAkl0b2TNwJqh2gNbItzEcdyqGc
_TlZ2tBIT5cb7s-apM8JQBqkGtDzWbmpmJeiO2Mhz_s9JppbdgpZl8nC9x9UNjGsHavtbNviK3HLaIR27RP9
diarpy9dJ4G5vcPkYi_LgtMpC-dTHU50NJ4dY4TJ8hcBzh1DDy9YKI9GjTzfpisTkpfISwhOziovJNz4TNbi

```
6zmA9eE8ny5yulRFggRs86ehQ9KH_L8g_kMezmwpGqHBFqMR1XXjrLIvVY1iys5dit_qTyrg9PgEUSMEMEaV
JKAb6Et2UCA5yFTde4ieR-6I2NeUri811PaNAbZgZBsEjGaYwSCD-KcgqGhL1HeNd2sc2BkfXc7t028CcwRA
-kOBp1rU9ywshdb8og142skjviHY0bTujHNAYDR_9qKBP-dPKEyKio8rc0rTrXOPxICys%3D"
style="color: #000000; text-decoration: none;">Pedro Pascal ‘Agonized’ Over His
Decision to Slam J.K. Rowling: Read More in the App</a></td> </tr> </table></td>
</tr> </table></td> </tr> </table></td> </tr> </table></td> </tr> </table></td>
</tr> </table> <!-- NIU --> <table align="center" border="0" cellpadding="0"
cellspacing="0" data-lt-version="3.0.0" style="padding: 0px 24px 32px 24px;">
<tr><td colspan="2" align="center" style="line-height: 1px"> <img
src="https://sli.people.com/imp?s=1074858&amp;li=PPL_BreakingNews&amp;e=[REDACTED]@yah
oo.com&amp;p=20250625&amp;lctg=c273891e71ab67b724806bef588028d0c8a6c337&amp;stpe=sta
tic" border="0" style="display: block; max-height: 12px
!important;padding-bottom:4px"></td></tr> <tr class="lihide"><td colspan="2"
style="line-height: 1px"> <a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12
e1a2235cf24f998a404c06c04e378f&amp;_e=p6Vxp4zZWLsyfme5yvCF1eAv7XNCc-JuGJij4SyqeobNAw
xTspyxNp79Y9PKM7biUisleTINthnPc9S6PKYL4BwQe-kGL_AGnOeIqHkSiXXp1IrnHsK0kWvSiyMr9YB8hm
1akXZjDxXD6L13-pyyikPCQvXCW2Vbz9JCaE46TxsBWlR8H19ZSX7PPTnsFKZp_TkDMKprvhUjvNU7QYzcNs
ACEe7JcIEfE7N_xd0hlTCBqwzBVPyxLvUyM678KW_pm1d89KS9Ry_EhFYP79utreuHL4V1ihOHLnT0gVQDeN
1c3iBoGg-N32M8bn-OaNplFLnNK2_m_t2Mo22ytYX732LCmb1qLFI7UvjCNoukqtnDrwrRhzbF-SBQsXJgTt
YccoxjI4Pp9V__SPJoq-rpQ3aV3QmP0vllZPWSYPXXffC5ZRuKhziN-bawe9c8I5_Dt-4RCaz2ytSp8U2vTn
Jf5xbKFqjMFRK46VwW0XneFQZ_tKet9x6g9XHa4BnPU1kPnJuANRRJZjB26VfcQ2GP15q45KlLG6v-5VBCLA
O1KKrERaEqC4-97YnvWEtn7DfyDhm7aY5ep0bieAE1E779wfYblKzQJk0QczxOfiKPJQ8hZJAmz5FUWQmdEP
sVEvhtOSg4o2vgl7CCRRSVWprfcnQFzCbjus8ZdJ33Z8RLoM2BP5m-DuPpnMPJYdJX6o0rRyVjjXQ281sxAk
UBJYStYad_GuKz59WyMIevKMN3M4fU7kva0VcgmC7DJeIuZZDG" rel="nofollow" target="_blank">
<img
src="https://sli.people.com/imp?s=1074854&amp;li=PPL_BreakingNews&amp;e=d[REDACTED]@yah
oo.com&amp;p=20250625&amp;lctg=c273891e71ab67b724806bef588028d0c8a6c337&amp;stpe=def
ault&amp;li_coord=desktop&amp;collapse_width=552" border="0" width="552"
style="display: block; width: 100% !important; max-width: 552px !important;"
class="lihide"></a></td></tr> <!--[if !mso]>--> <tr style="display: none"
class="lishow"> <td colspan="2" style="line-height: 1px"> <a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12
e1a2235cf24f998a404c06c04e378f&amp;_e=p6Vxp4zZWLsyfme5yvCF1eAv7XNCc-JuGJij4SyqeobNAw
xTspyxNp79Y9PKM7biUisleTINthnPc9S6PKYL4BwQe-kGL_AGnOeIqHkSiXXp1IrnHsK0kWvSiyMr9YB8hm
1akXZjDxXD6L13-pyyikPCQvXCW2Vbz9JCaE46TxsBWlR8H19ZSX7PPTnsFKZp_TkDMKprvhUjvNU7QYzcNs
ACEe7JcIEfE7N_xd0hlTCBqwzBVPyxLvUyM678KW_pm1d89KS9Ry_EhFYP79utreuHL4V1ihOHLnT0gVQDeN
1c3iBoGg-N32M8bn-OaNplFLnNK2_m_t2Mo22ytYX732LCmb1qLFI7UvjCNoukqtnDrwrRhzbF-SBQsXJgTt
YccoxjI4Pp9V__SPJoq-rpQ3aV3QmP0vllZPWSYPXXffC5ZRuKhziN-bawe9c8I5_Dt-4RCaz2ytSp8U2vTn
Jf5xbKFqjMFRK46VwW0XneFQZ_tKet9x6g9XHa4BnPU1kPnJuANRRJZjB26VfcQ2GP15q45KlLG6v-5VBCLA
O1KKrERaEqC4-97YnvWEtn7DfyDhm7aY5ep0bieAE1E779wfYblKzQJk0QczxOfiKPJQ-WrySy3MYLNo1Bqn
jrWr8QR7veXKtl93Tix-adgxcYmjlqdoUmyRFNdQEAAd4dRuapblM-wnbDjKzXfvNxRiKmb--SEV0tBVwnno
wf8x4LQRoIbDF_AiiZBP1HQO_k0ifWhMVaHfjKeqlM7hKyRZGD" rel="nofollow" target="_blank">
<img
src="https://sli.people.com/imp?s=1074854&amp;li=PPL_BreakingNews&amp;e[REDACTED]@yah
oo.com&amp;p=20250625&amp;lctg=c273891e71ab67b724806bef588028d0c8a6c337&amp;stpe=def
ault&amp;li_coord=mobile&amp;collapse_width=480" border="0" width="480"
style="display: block !important; width: 100% !important; max-width: 480px
!important;"></a></td></tr> <!--<![endif]--> </table> <!-- More News CTA --> <table
role="presentation" class="wrap" width="600" border="0" cellspacing="0"
```

```
cellpadding="0" align="center"> <tr> <td align="center" class="p-b-32"><table
class="wrap" width="100" border="0" cellspacing="0" cellpadding="0" align="center">
<tr> <td align="center"><a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12
e1a2235cf24f998a404c06c04e378f&amp;_e=p6Vxp4zZWLsyfme5yvCF1SJXYXEq2JETTpc-ZbSLUaNZyO
Pqhw6xKSYmZnEVhKOGbtvtRf8HYUqgdc7JRmI1L7aK1U8LzrCfts1EHcxRyJeAdowPCtOiwfJZlhezA41tPN
QEPb7k7holWEOl5UA9aRXt99-LO2SNLI8W6HO9EIsbU47NwmEzY_gCjXRhijLEj-XwDMmjH1sh4wmPGiLPjs
SgMqgepdncYB0VSs4kODvkBo54XIE5y4b5CO1rBQ1gtbAa5l2iPWgC0HZ5RnK9NIPHNsAclHUeNbt_uery4U
v7OCd7yxF_0vKQGRJsjXLU74_YNxu2bZAs6zY7HOD9BxYsF_oajPqvve5Tr8_W66WSNO4IK5U_0vE_zl_jY1
ig8YLQFFgw7-dCRJm2d8rvfZsnL5QMAfL0ORS6c4cqIoxJTeTHsoyHYK7EvMFZh7SbhQH8h7y6M68sqI_QCk
V3zkq4w7LmWPZevxCFqIqAecqce3I46Pa0G-R8KQ6GFsOdYsV7I9Cnocycgb7u0jDgq04kEjKFB0E2PqzA3J
A46DY8170W9zEAKMF1cSeploePEOy092Bej9e2VyZZc6XrDQ%3D%3D"><img
src="https://images.meredith.com/People/Images/Newsletters/2023/04/PPL_MoreNews_CTA.
png" width="120" alt="More News" style="max-width:120px !important;"></a></td> </tr>
</table></td> </tr> </table> <!-- DISPLAY 2 --> <table align="center" border="0"
cellpadding="0" cellspacing="0" data-lt-version="3.0.0" style="padding: 0px 24px
32px 24px;"> <tr><td colspan="2" align="center" style="line-height: 1px"> <img
src="https://sli.people.com/imp?s=849957&amp;li=PPL_BreakingNews&amp;e=d[redacted]@yaho
o.com&amp;p=20250625&amp;lctg=c273891e71ab67b724806bef588028d0c8a6c337&amp;stpe=stat
ic" border="0" style="display: block; max-height: 12px
!important;padding-bottom:4px"></td></tr> <tr class="lihide"><td colspan="2"
style="line-height: 1px"> <a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12
e1a2235cf24f998a404c06c04e378f&amp;_e=p6Vxp4zZWLsyfme5yvCF1eAv7XNCc-JuGJij4SyqeobqQ2
ICQCifylpNQvbTI0XKTZXBbFuvIzSylH_cLt1kkL69zMuN2JdHVfuy_fPT_1B7W6MRR-HYi60neU46Q0lVUj
mFPQRy72bJn8BG1VAZZogC353Zh_uwARvyGF8hHVbiFeDnqmoxi4Lu5o55JdobilRcwd8T1zJihOE58S7ypB
1ZUNOEpdSBcHTP5wluG2LhXUJI-H6P12Cav5-Zzfles-JYTdPOVWSNphdVJ-Q7ILtXPvlyxxYSBUuTgC7gXX
iQTL0qtr6LJDoRqYKUY69mblb24Kimo3wiHAE1m_ODdgM6ZGCQfBPXBRHfc1C2mPMDSqVMCLe8pl_xvsIcea
aR6TJXwZ-mRISe8t8P2tS06nMfvH61s37WaLxImiSlYFBbx7MmaFaahC3hn4x2tSlIc-242JC9LYc9yncyHR
8zS6vkGI24qRS5m97lxP0IyFFV2CJnTVbVebjfEMycQbsgM_U7u4-93zjmoOnu3hyI8I_2SBeAM9jg1Hjp0l
hbhmnKwGKGo_nPm_Zoo9nYPDoD-m4qG_Bxc6yOuyUpn3x41ugPRkuvxMjyGjhm3C2kmmHh54ra2leJAM3w3f
WNuj5O829py0TRVCFDOqaCkugPqDG5_EGr5OXoR5IBs5sh44_dGkElqikTZTLojriU9rHTlMVhn0fPMCfEb3
Am6azMlj79dv5HI4_FKPsLXvzOyAWicAQ7jzqec7IjIXJaanX9" rel="nofollow" target="_blank">
<img
src="https://sli.people.com/imp?s=679043&amp;li=PPL_BreakingNews&amp;e=[redacted]@yaho
o.com&amp;p=20250625&amp;lctg=c273891e71ab67b724806bef588028d0c8a6c337&amp;stpe=defa
ult&amp;li_coord=desktop&amp;collapse_width=552" border="0" width="552"
style="display: block; width: 100% !important; max-width: 552px !important;"
class="lihide"></a></td></tr> <!--[if !mso]>--> <tr style="display: none"
class="lishow"> <td colspan="2" style="line-height: 1px"> <a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12
e1a2235cf24f998a404c06c04e378f&amp;_e=p6Vxp4zZWLsyfme5yvCF1eAv7XNCc-JuGJij4SyqeobqQ2
ICQCifylpNQvbTI0XKTZXBbFuvIzSylH_cLt1kkL69zMuN2JdHVfuy_fPT_1B7W6MRR-HYi60neU46Q0lVUj
mFPQRy72bJn8BG1VAZZogC353Zh_uwARvyGF8hHVbiFeDnqmoxi4Lu5o55JdobilRcwd8T1zJihOE58S7ypB
1ZUNOEpdSBcHTP5wluG2LhXUJI-H6P12Cav5-Zzfles-JYTdPOVWSNphdVJ-Q7ILtXPvlyxxYSBUuTgC7gXX
iQTL0qtr6LJDoRqYKUY69mblb24Kimo3wiHAE1m_ODdgM6ZGCQfBPXBRHfc1C2mPMDSqVMCLe8pl_xvsIcea
aR6TJXwZ-mRISe8t8P2tS06nMfvH61s37WaLxImiSlYFBbx7MmaFaahC3hn4x2tSlIc-242JC9LYc9yncyHR
8zS6vkGI24qRS5m97lxP0IyFFV2CJnTVbVebjfEMycQbsgM_U7u4-93zjmoOnu3hyI8I_2SBeAM9jg1Hjp0l
hbhmnKwGKGo_nPm_Zoo9nYPDoD-m4qG_Bxc6yOuyUpn3x41ugPRkuvxMjyGjhm3C2kmmEzXk4aFnCaoAlHXV
_WTOtYPOMXh18eFZNS2DTqQH1Q4dpcE7ytuOudWy1CPHnc26oBosCpDhxbCJGKWUdV4H8bmxZzexz21xpAfo
```

szazahXWigL5zYLWkok282WqZWDzVNEUk61NV1sW5J3LFRoojQ" rel="nofollow" target="_blank">
<img
src="https://sli.people.com/imp?s=679043&li=PPL_BreakingNews&e=████████@yaho
o.com&p=20250625&lctg=c273891e71ab67b724806bef588028d0c8a6c337&stpe=defa
ult&li_coord=mobile&collapse_width=480" border="0" width="480"
style="display: block !important; width: 100% !important; max-width: 480px
!important;"></a></td></tr> <!--<![endif]--> </table> <!-- CHECK IF USER IS ON
PEOPLEAPP RB --> <!-- don't display the banner if it's set to 'no' --> <!-- ONLY
DISPLY BANNER IF ON PPL RB APPLE DEVICE STATIC LIST FROM JOURNEY --> <!--
Mobile-Only App Banner --> <!-- Please note: This Module Requires mobile-only and
wrap classes in CSS above --> <!--[if !mso]--><table role="presentation" border="0"
cellspacing="0" cellpadding="0" width="700" align="center" class="mobile-only wrap"
style="font-size: 0; max-height: 0; overflow: hidden; display: none"> <tr> <td><a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&_m=12
e1a2235cf24f998a404c06c04e378f&_e=p6Vxp4zZWLsyfme5yvCF1YOwul_oWZeoH83Qw4aoTgqNOt
Nfv2mFLAbmsaOncnmi2UI9DHDVkdReaNqyd7YpL7NdCzuqZHidXiHLm3WdJDYZLOREyPdU6vtlStuAMiFKjS
C7__13_EeyyZq9pGqQcHK6MQ5htv1BfHBNvxzYINvCYPDkU75J2D2HBhsAZuJriXszOHLNlSihJg4bRmiRkq
B3NvAzCmRPEAkQySB6XZEujSjPepohhGpwH3UuYnT9f42oth8OAJKFFkzbINSzHowRc5OJathrADwHsVRrdr
mV10PKktl40KTSYZRidazxJNmSDEgfHxb0FaUQhK0FYBa4bjPfTq9ItIrRCJHXEVWOCnKA453aPPwehGdUiS
gGjzQjjKAzHtNmplRyORnIGIkfbEclyN3bkyHe--RSV6mKGvueKKU9eV58NhwmRYyLj3-13Cx7FT31NwQwgI
nvqifzKbFNGDTQ9YqRnfvbMZDf4uq6Vmsjs2LxwWnTx-CeSYKE9rwQDayZLD7FFHGdQHAo3Yk27X_O9BWdPd
kbdxK7jxVp0EeUF217Rd_RfQCEOPI0X5R2QH-F9YM9JQ5BoOCbnPWyTO7DpRS_p7lVbgHf2XpUcnDDAo36pq
z3t_qsxy8z8iHWi6h03LwVZlHrmQ%3D%3D"><img
src="https://assets-meredith-docroot-prod.s3.us-east-1.amazonaws.com/People/Images/N
ewsletters/2024/04/app-ad.gif" alt="" width="480"></a></td> </tr> </table>
<!--<![endif]--><!-- Mobile-Only App Banner --> <!--People Footer--> <table
role="presentation" border="0" cellspacing="0" cellpadding="0" width="600"
align="center" class="wrap"> <tr> <td align="center"><table role="presentation"
border="0" cellspacing="0" cellpadding="0" width="600" align="center" class="wrap">
<tr> <td align="center" class="mp-lr-24" bgcolor="#F2F2F2;" style="padding-top:30px;
padding-bottom:30px; background-color: #F2F2F2;"><table role="presentation"
border="0" cellspacing="0" cellpadding="0" width="480" align="center" class="wrap">
<tr> <td align="center" style="padding-bottom:15px;"> <table role="presentation"
width="410" border="0" cellspacing="0" cellpadding="0" align="center"
class="wrap"><!--start logo + social media table --> <tr> <td align="center"><table
role="presentation" width="90" border="0" cellspacing="0" cellpadding="0"
align="center" class="wrap"> <tr> <td align="center" class="padding-none"><table
role="presentation" width="85" border="0" cellspacing="0" cellpadding="0"
align="center" class="wrap"> <tr> <td align="center" style="padding-bottom:
24px;"><a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&_m=12
e1a2235cf24f998a404c06c04e378f&_e=p6Vxp4zZWLsyfme5yvCF1SJXYXEq2JETTpc-ZbSLUaNZyO
Pqhw6xKSYmZnEVhKOGbtvtRf8HYUqgdc7JRmI1L7aK1U8LzrCfts1EHcxRyJeAdowPCtOiwfJZlhezA41tPN
QEPb7k7holWEOl5UA9aRXt99-LO2SNLI8W6HO9EIsbU47NwmEzY_gCjXRhijLEj-XwDMmjH1sh4wmPGiLPjs
SgMqgepdncYB0VSs4kODvkBo54XIE5y4b5CO1rBQ1gtbAa5l2iPWgC0HZ5RnK9NIPHNsAclHUeNbt_uery4U
v7OCd7yxF_0vKQGRJsjXLU74_YNxu2bZAs6zY7HOD9BxYsF_oajPqvve5Tr8_W66WSNO4IK5U_0vE_zl_jY1
ig8YLQFFgw7-dCRJm2d8rvfZsnL5QMAfL0ORS6c4cqIoxJTeTHsoyHYK7EvMFZh7Sb-N9WKG2AvdtGkW2jux
KL-0GJ-CJwvRS7qx1rZ8iUb8kdHAppVGdkxPIpRWW7ozD6mEPoQ3bTvyniS7XBQzN50OwjAxBSWn44a8CMLY
LX3r-6uSyswhXcjk1leySRXWytYaAUYz59TPKRcYIJ3Bofkg%3D%3D"><img
src="http://images.meredith.com/People/Images/Newsletters/2023/02/people_footer_logo

```
.png" width="85" alt="People" style="max-width:200px !important;"></a></td> </tr>
</table></td> </tr> </table> <table role="presentation" width="290" height="35"
border="0" cellspacing="0" cellpadding="0" align="center" class="wrap"> <tr> <td
align="center"><table role="presentation" border="0" cellspacing="0" cellpadding="0"
class="wrap" align="center" style="max-width: 352px !important;"> <tr> <td
align="center" style="padding-right:16px;"> <a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12
e1a2235cf24f998a404c06c04e378f&amp;_e=p6Vxp4zZWLsyfme5yvCF1Zg1iGjzuE4Cuk5xRS4QkPb_CG
4php3Rq5zrbi6JRMVf9a1dxaTdJrj5siObBXu1ZiEjZqBP4lgkEDUrdEb8qgCwPR7hCbaPE71JNGmcAzYW2G
Ophss2KE_0CIA3FXh275tLa1fLCUUUJdqSd7-bdby_iLJW7ULqEwoql0KLpbPax32cVSsZSoZGXngj3jrxYz
BFTCq13s6RPoyHsozfncX_OqnbXKrLIRbhPF0g3WzD-JnbYo237Xmqdj71lUbOeLFMnnJbBQkWB6X3zRgAOJ
gMLDx4FW0LsWBMAd15CCmb9QHWvQLXNAyrTrfOPxHu_alhJNpv8FzTY2AZNtohmq9ZKEqMrGkwvCqyqzmyPo
kxekuk4F8kZF3riC0hg0qHRlibD-pGKHxY4-UiEm3rt8t9Ihz4pIILViY0WNthu__Ig3rjmnRCgmY-rcq32y
VMq6g86vOHEbKul0OBjfDSyBIGndhHP33MopuyJuWhdWlKPu1DXCxSoqEBz_iMP5iS8HmAV3LqZOEIu9gXt1
mzPcCaq3JI5p3AvfcHJ8mcB5sAUwuGYjmVKGQmD3-dPXhRW2hSAEaTPSJ_0VMv-LMAScw%3D"> <img
src="https://images.meredith.com/Reuben/Newsletter_Design_System/Images/2023/btn-soc
ial-facebook.png" width="40" alt="Facebook" class="responsive-image"
style="max-width: 40px !important"> </a> </td> <td align="center"
style="padding-right: 16px;"> <a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12
e1a2235cf24f998a404c06c04e378f&amp;_e=p6Vxp4zZWLsyfme5yvCF1aeAld4yBGpcEkgpPXygFHI6AA
ukErSUsJWyrzMuMAEH42B1UCy3N-0-4C7ELjHFKmffFuY-IHfIjYh-2yIOI74A1EqOctx1hoUmI7vZa3KhSZ
gxORUHcLISDDdlyfEKz5geyDMQ0MQ_KpJeznqYkU_Xa1rizvaWr8zkoc9VSJP5Q7YWlJtAry59X-rtKRC8FO
UCSe0AU5kF2yyPckfkSAqYvuF91_aHyB4SNdErfkD-L3loRER95YQiXWit6TMXE5pF-mJ-lz48eEYnKN3CjI
BbXlCTCnygTvX2hMNV0buM_v-8hq6ArwDdfsJ83fbw951A5VhIbNdDfLkUiN83cLRpJq3JEltgTioJ6n_2q7
Ir0lNtGHtcccYi1lU6RZrF3Wh46HNRy6WZGz_xejB_uRqxNHE_GjpvUN-Y5XbAoJnQTuij9E1motLVmFWR8O
-1mb733GxrRCMN7AZd_A77W_EB3CcV2u6WjgLmlTJpzaEgk14RFkwWrcGQa3UUkPtOfLxIrzQf64M_FC5jFs
-UkFIXeZjZwTS9sx6Va649g13PljAst9YskqlRnJ6K9TiyMSFDBbZm8ITDlBWhn6xSq1w%3D"> <img
src="https://images.meredith.com/Reuben/Newsletter_Design_System/Images/2023/btn-soc
ial-instagram.png" width="40" alt="Instagram" class="responsive-image"
style="max-width: 40px !important"> </a> </td> <td align="center"
style="padding-right:16px;"> <a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12
e1a2235cf24f998a404c06c04e378f&amp;_e=p6Vxp4zZWLsyfme5yvCF1ZC2nSSvceJMMYJ-4QImmqoDp0
rKsTbVqMADIvwXsGnzn5mNJ3Q0K6JsdQnQLKBmJSJ_7nro0-N6jowUrRpE8XjRSnYAlrnZUe6m5ojcftUJdS
hECQrAMbKuNo8Omhnfn4rAwfwGJh1YsnJvpy77tuFUJu5KH6qgWjfW4eLemkGKyfZoTod9Q7kUUWjlJkGuBg
KaEqxOBoS92OHkMnYQTYO4U4lAXb7KdlmSuNk8Z6Rg4uXnKeP_iZCPudxnA6sE7-GRzG7ovLITNUqnFcWUEf
RvTz1OuB7TqBFHedTf2FV64XOYjwv741ANod8xWL2oCeYZ3qgTGXFzYI3JJmTNVBLCkgREt_y4gXENsNUnv4
IXcCpcM3zBiSUBiCPECeMXEEOSIdqoDhZku5HhVNzp0pGrt_Qp-X12pHm-blkA8QJyNdYeZGbVTD963RYjxT
8U7CvQDM81B0Rpu_cY5C6hpTU6XY93hsPJwiQezVxbLw0FDbiH9h9WNXCbdIlsZu5v4WpqH94NYhjKKTG-Dj
F1OuL2Pc2e-p79HPkvV-nZS55LN8j58rpEW0_bJCYbZ0awxZPxwQ-tUkrbym0ZLAsJAt0%3D"> <img
src="https://images.meredith.com/Reuben/Newsletter_Design_System/Images/2023/btn-soc
ial-pinterest.png" width="40" alt="Pinterest" class="responsive-image"
style="max-width: 40px !important"> </a> </td> <td align="center"
style="padding-right:16px;"> <a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12
e1a2235cf24f998a404c06c04e378f&amp;_e=p6Vxp4zZWLsyfme5yvCF1WS5LKoBfJ3mKc4jDi4XhjYSzW
jDpfuGfKJvH6vuMb8espLpNIWsxj4LgLjjt8adSoVJBinI0vNyrYDJ-43Oz4-zwX0nDCkGBYjso0tXn6_DW5
F0-2Jt_pqG8ymQrqy1P4BQEpKViyEpXL0UfXd2DUzilUwJsMzXHmquSnsBzCI8vpGCrSUV_GygVW6nGhMC4l
zxXshe62YPPdR1FQDjVg9OaiMHOD0zcYFN7I0LcexRRu-SzgcWAS1ix-4aTIV1W6whb_CCotP86RwkBEv188
```

He9AFkSV_LdDyQ5FWoNYu3_X4x0QUfyDxFLneCn32YHrDz6qLmki6uj2kK7TQfR1gLAVQzsdrgDc9iG6lFkj8H1p7q7hE1OKERW2fvd0hePNT5ikWTRSTmb3qxWMYB4x_5iloaXNvmw7yJDvOFNHnBSmZa6zhsFHLn5igHzAA778aFaMDrjk1WACOJnV_ppufjPAVl85T0H42vEArc_JOaKMYQVpiR_oNmMvlsbfz4Z50o5WEDcRrnNOegIzfeBgaCUcp0YOo2vDhvjkf7u1vp133qifeym06o2_KYs9uaQa2DeSn0jb6leOoaN7juJoE%3D"> <img src="https://images.meredith.com/Reuben/Newsletter_Design_System/Images/2023/btn-social-youtube.png" width="40" alt="Youtube" class="responsive-image" style="max-width: 40px !important"> </a> </td> <td align="center" style="padding-right: 16px;"> <a href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&_m=12e1a2235cf24f998a404c06c04e378f&_e=p6Vxp4zZWLsyfme5yvCF1Tk14WujyhOKcsAKq0ca2H3hmGTt88eLb3cWm2UyDP77WqBYf82ByUw1rfD9_hU2SUJ0e7qy7HGwL9-YT7590_g720Vvlo3NUnhX435luHYdFUIZcSqX_3Q43YRM2U4-SehE32fscsgPHgWQ65wgEq4tanuEMYKuqlJCybhCDaEPkRvlxrCR50aa3HVdVFghtl-QQcOqEBfTemYCfCUN6E5x3N3ATnbQ1Xqfwclc8mGRZ6okJ_twlfeRvkbg60UbJ8M9SMmxSLIe3jaO442nBofPFlFbI7CprGPLUqWktDbhmT9DvIzfqtZxCdklv_Ve-9x3mP0rxIgEEmUJZRg8Nbi74ZD2c9p_WUByXHWv14giklYHOfqPLMqBsYhKwtYTRFnjZTdyY0gsmZ5cJ2yfvekNHA4YetzpxlTb224sL-zkqStYwe40i3m3sp_7C6Re-NN5f44fNkglWzDqJWwXRhlM7liy3HYSGYFvdbP7mGZCb3xYHyUKw5JvZ7KEZNuWPGuIBckTutFGq6t1A6KsNUVZTBhTy_WcS9s-tEqfIHOngHl4DNziVl3R9JdY8ntfIQYVyzR1IQNi6HgVxmT7mDlJB85LCZXAjLdWWOx4_55GPpdYSFzm4-uzmEpkoHJ1k0wuRT6xFGeE-SZbevFkP6U%3D"> <img src="https://images.meredith.com/Reuben/Newsletter_Design_System/Images/2023/btn-social-snapchat.png" width="40" alt="Snapchat" class="responsive-image" style="max-width: 40px !important"> </a> </td> <td align="center"> <a href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&_m=12e1a2235cf24f998a404c06c04e378f&_e=p6Vxp4zZWLsyfme5yvCF1b_pdeKjobesF8OoXA7DGQdBF6V4utKgKCu4aN-9XjmSrVYn1uYS1gz9D0F3utBcuzWADNyOYDSZaR2NqCUbzbIIJwYT4COiy3KU0RAux8G53_ylx_7Rta80_ERP4fo92sFIg-3t_QKiac3SP1xlIZsurQ5UuxzJ8NNNEOnwxsMtP4V9Eaz2XS4VYdUdBTc-KL_A_lu2OV8km4kOvppGvNLGTK4lV7falH8rVuNgt14oIL6JsP5WVJYro6WVyyaHSExW8hEZgH4P9QlWw9Mk5nHMqYs5l8eg7bOLbcu319S1U4-lwbV9DCh51Bw4L-78x1W0Vz0ecpCkG53-jjwviZpOVCc6kqNCWE0UZqgT1s709IqZknegJ8Kh8C2N8Wv_H-Kjges43pOHD0pai9pPcKIVtAHeuY5bRTsgrTUy3hPpMZuFGTll7d6BoVhr2VlupSnuTPgYbF7Nw56Kcxe8B5NZkX3Jyhtnemjs_v8wUpmwD1ACl6vDKzpdcFJTFIDjlG9JB4OVJ759ZniTtDG3HzVkJ4ttWdNG5PnJwVdWZ1pufc9ayyD_ckAePJJofvzZgRh4_X0WISwK881inc9PP8c%3D"> <img src="https://images.meredith.com/Reuben/Newsletter_Design_System/Images/2023/btn-social-tiktok.png" width="40" alt="TikTok" class="responsive-image" style="max-width: 40px !important"> </a> </td> </tr> </table> </td> </tr> </table> </td> </tr><!-- end wrapper row/ logo +sm table --> </table> </td> </tr><!-- end logo + sm --> <tr> <td class="footer-text" style="padding-bottom: 15px;"><a href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&_m=12e1a2235cf24f998a404c06c04e378f&_e=p6Vxp4zZWLsyfme5yvCF1ZRhsljHUKEDId4lef80lGE5bHcx2LtU_AQMfZUXegXa5Z5A0ZzZb1nMNjZN-XSA-AI7cYGTEuSBDx3rE20hqN1OkBAJqj5hZnFbR0TNqZsjKt6WV3FTTMVO74RlGBottqCgDzAZRohCmvca1uG1bs_7Ra1D2CkxF1PojRl2PbWgQfklbKgDK24Ip-_23Mxf2GsjLr6_olpJDQqoES8bYiP0xbJghrMDnwsZf_uCM0a-5z1RBUKERt9jq6wmSlDGdnSntnH6KAKN9ZBTQi1Zh6scf0q1w_rAVLAKadYhrN-Bxe5DJwaIFbTIW2EpH_8iRQBoO5Gv3lRIHNI0Dixpu43w6UTzEgXjO2LKyc8dfxIn41dM3UVAyBX5XSQcPAwIvlprOfDlqwImT21f4XZ18h7SXBU6qazbGgqHTZIrjaVx4NBqgckVvbA5CBfhTLdddWWYtfjPZ4gOXhruNHwc4xDTYSI4FrCsW86ivQag4bqK_GpfMRMzA5gkD278ioVTKm1k8P5TwMUPnbPIhT__wmf09vb9kcJA_muDYWfvSwwev7D4PC70nRi0cHLPQVPwfvIw7lWP8gFcTqS542ZApeBqd1iQcaA2qu6qpKYspAM4" style="color:#808080; text-decoration: underline;">Subscribe to the Magazine</a></td> </tr> <tr> <td class="footer-text"><em>Each product we feature has been independently selected and reviewed by our editorial team. If you make a purchase using the links included, we may earn commission.</em></td> </tr> <tr> <td align="center" style="padding-top: 15px;"><table role="presentation" border="0" cellspacing="0" cellpadding="0" class="wrap" align="center"> <tr> <td align="center" style="padding-bottom: 15px;"><table role="presentation" border="0" cellspacing="0"

cellpadding="0" class="wrap" align="center"> <tr> <td class="footer-text center" style="text-align: center;">This email was sent to [REDACTED]ahoo.com<span class="empty">  |  </span><span class="break">Was this email forwarded to you? <a href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&_m=12e1a2235cf24f998a404c06c04e378f&_e=p6Vxp4zZWLsyfme5yvCF1We-rPt7Oi68yJ0mSdkkQRxPWCUjRnV4sWHUPDzhWp1SLMUrRuFgcdAGulDNy01DK3zU3ad2Sk0dHUMmVlUOgDvCf7U_hNjz_1gwTqQNGHq4IKE7RxyGyPKP-VC7ltIkT5o_ClpQBMDTwX03Id0vs84pxFB7XNlV0nVvzTUcnq0D8A563GzP8z25oALp7-HlDR0P3SLDkS1NSXxUGmHFEk7xAGymsNQQYN3a7m9vlem9Kp5LgdAka3PUQpJG83pPkgYkjVWLHQ8gMG_F3zdLSQqkLjNCZ03hgqxl-qNizhebU2UQDG_cnZMBxDqZQSsnkboG9kYUxefJ1kK0D0wuMo8dWxuG0i70qheZ0GyU3JhsL_n10QxrcArR6SDGgoWieRLeNJ--NzndLstBzVBl420EcfzdHqbfTpk0780PHwpo0W9SMCf4CKOtArliEbCyw7JvtErh0huLUGV0bV-GTzfTaFkuZOd4RU6ij_WY7u17QQHRNCeHucsn3roUzAwKwG_y0j72iT1SUniyYn1XufKYA0Ff7071SftuA-fWDKc2F_xYLl7V4U5yP4sIK1XMW5Q2_sw1PwmkN22-06MilwozZ-AQHtKlXhAYgC0su1Wo" style="color: #666666; text-decoration: underline; text-decoration: underline !important; text-decoration-color: #666666 !important;"><strong>Subscribe here</strong></a></span></td> </tr> <tr> <td class="footer-text" style="padding-top: 15px;"><a href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&_m=12e1a2235cf24f998a404c06c04e378f&_e=p6Vxp4zZWLsyfme5yvCF1fhuPo-5-Y5Nk-vbwQiNMWphOSEtE7IodhsBoVkpv7JilQp0gbX64lw6Apsjs7BrEZharFuxYfJrhJwGWd9OX36QvkhfZYUVp1vwCdjm4AlgBdkSCC1sZN3NlyiWxe8NxserYVtJnUHT0XBeYYU191OJvSXFPcEIt6kfDzOdtJRTCzpIDHX-_4sCWAd3yhQZdy0DZ67oFd8DovwgjYO4T96n1MKmqSmG_JvEnpYptTK4RExOETPPfDkQHuxif7w8DQp_YGajNtLu5f3JSrZiyw8UMC8g_Wq_fEM6r-lKIjl0DfgoYfNygEtwPR3BvtRDHRtyJFt0kIAMfJdc37TRu_MbOuuBZjpnB5w5WPXxVpcZ0ez36J0SM_zM6p_XEUexG_vbeMARKcVFMkczSexmg1Z7UNCmLBDX7kzh5n_w5Dxy9dr5bQYSFs5_4jgecT-sXpbmIWiJb6noouCqaVF9mVnun_QxzsRoZ8-6u1IlwrNrnb55XnhIeAa_DJsxvS9eI2rK9TSxRSjy9BYMg1KTMDOT29BzSByJONY4JnzbNvXAiywgcO6Dxueq0Nhw5X6oiOdsszA0c9qYOlj5fCwLWA9GYFCdNX8Jgv4UYt_wKSsBBOSE-aFSaWi0QYNZWehpDLZXEdsRypUaeTZXSmuDyFlEP3MWWKBjl9AXobzvK7g8" style="color:#808080; text-decoration: underline;">Manage My Subscriptions</a></td> </tr> </table></td> </tr> </table> </td> </tr> <!--[if mso]></td><td><![endif]--> <tr> <td> <table role="presentation" border="0" cellspacing="0" cellpadding="0" align="center" class="wrap"> <tr> <td align="center"><table role="presentation" border="0" cellspacing="0" cellpadding="0" class="wrap" align="center"> <tr> <td class="footer-text center" style="text-align: center;"> <a href="https://links.people.com/e/eh?_t=36ba8fa8372241d58b3bfc06997a4332&_m=12e1a2235cf24f998a404c06c04e378f&_e=p6Vxp4zZWLsyfme5yvCF1fhuPo-5-Y5Nk-vbwQiNMWphOSEtE7IodhsBoVkpv7Jilo95sHb6kx-gWpU3m6tTkWsP7RcgGeM7jopsJ31rDbDEj74358y3WYB5X274yMDFjbRo-uHMvmt51wLzc5OxcIo3Mu1IT9IbclufMOhFF5yBvrHX0kOo-0wNdZa_pk23ObvyhpiFiV2XhOijx5qiqBRcL5g_NW-9Dx5bjT9DW_E6C2mCLC09EWAF7_juhbU6-c2Ae51l-ZbFJmnO_plwhgdH6IXYbJMA1VD9RHWkx7HytcBPHfDQMKNrMGHFmmiLXOujiJMyCR3QG-PleMpOpJRI5VPQ6nfRrOxVJn1UcoDxCDVAkdUS1Tjhfo7PjNvLME0QExOTqzd5CS2P_2Vo5EvfshoOlqQ0r7oiVUYGO88rHmUDnL4V8Z3-ofjsLv9-PIyFPGCtB_DaSF98In-toXfhmU23ZqjjiXOVvueb6jENjCy6Rr4NUcya--AuyHQl1FGS2OgSz3zFhe6Eeb_thyoM9xNZhGK3kLFQWWbDUPu_dFNpMjnm236mzuVNgs2i3gxN7zARZD7-1mhZne0Kf8BDaV_tuv4zWPKocq14_fQzh0bQ5TRytK4BIm8i5t3bT83cb4qB1iXzuBrj5cs8h9onAz8ZKuUD4gMdIFgqyrIsvENIcI50duioKsChftJVLiRK6JHZVvzTgvVSirP4sVM37tp37i4a5o-sgpHAWduQTC0lfTtVhphAUWFX48CB" style="color:#808080;">Unsubscribe</a> | <a href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&_m=12e1a2235cf24f998a404c06c04e378f&_e=p6Vxp4zZWLsyfme5yvCF1fAlfFl7ApHm7aPx4QObe-dCVcLyEAbZz4asef-EQYrcMiKHF00sxoHuYl7cU0QXeXgJFdwyGhLxw09vknxWxgJiWwDoyAdRVj_h__xfAPAsgjAjMZsWoeGXmaQUrwQyTEOQfYXPGV3u-LqX47K1y3a7mFVKii3Lg8BFTbDXy5-FrD8w7gj--Ki5CKqIHjvzpO8dFu67HR9rH0tANOZrDhFyP7AUc2x12ikVmgCZsfTaH9CPIbmdjVqxos1Xl9Lvujw1hIteEmPIaF2B2PVctG

efnvsQhSo9yXElF8l8nKZiYXHBrD4Uyd6RvgSq0PkDi_ypytGYXQ7RHkHQJ_ep87l8TIDsi6cmszbvwHzTg9
p-tEqQysFfcPk3e6RScyNEEn7RlYKle7zNHuC5s9zXt8XH8nZ8O0phuF2ftQFYnHqxMQxXDSCoKXbStBlFOj
znNJzc2MxbPO8PjQYjMmYGG3W3h5yXv1s-ruhTDD_Ptvg7OBPfOBDbl3OEnLtPjIIuS_3pQRYenfq3IGb9Hh
oU6eiRvUMgmGZqCAjSeQ13Buo4_43k7nZ9eeFSIZt5pAHxbq2U-QHeJ2hbvxSn_aseO-9OrSShxRREhFo74R
vcB0Ln" style="color:#808080;">Privacy Policy</a> | <a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&_m=12
e1a2235cf24f998a404c06c04e378f&_e=p6Vxp4zZWLsyfme5yvCF1fAlfFl7ApHm7aPx4QObe-cmq4
PW-3nXW0RPT-PrAgvNwwGLS3-bm4TCFErcY2mPM-k1ZR9jIgEl0Fc9Tfv1GN9iP8oHEL0FGa_7FNQxiIegDX
tCqpLXqiIj6BOY7mhxQRFgNpWAn9r3sHWTJNDt0s_zEBHReOdoZsHR_0c8I_pIi7NYJniPQSyNgqd09P_Awq
5KNARgX1EGYalNknIBd-GEkhstPh73cSqME-hh8Zo6c96nBlqU1mVZ1gba9m137J_xZZGGvoumewFEX6hqDp
BzGbUyDz8J6YWfqM-LQnSBQ9FdN4maRttdU_cMoOAayDIGB2twljH1ZyCoUKK1XdZ9h3oI3QO_j5Mjg1Gl9N
LWaNx4s_UNh8UjBArf8a4aCDJ84_IH0B7UFdmE4Ks-9pbtvN-hWnrEGqL_WZ3t31nebtBcK7wLWXv-Hv46sd
EM6yPyStw0QrvAnW1MyqB7mLUBnP9LSzGTgQ6N6KfrChMvGJt3qV7uKv0DXLrW01rphahwsPeeztR08BQSGe
z_AacWEm-NNIujaQHLzjQ3UrspSNgnRywsDjfgDxqYZSQBJJl1-qSy3gD8EcKhrlb5bogbVdUCr56kawLtqE
KfSgyc" style="color:#808080;">Terms of Service</a></td> </tr> <tr> <td
align="center" class="footer-text"><span class="break">Dotdash Meredith</span><span
class="empty">, </span><span>225 Liberty St, 4th Floor, New York, NY 10281
</span><br><span class="break">©2025. All Rights Reserved.</span></td>
</tr> </table> </td> </tr><!-- ends unsubscribe row --> </table></td> </tr>
</table></td><!-- ends wrapper table --> </tr> </table> </td> </tr> </table>
<!--Dotdash Meredith footer--> <table role="presentation" border="0" cellspacing="0"
cellpadding="0" width="600" align="center" class="wrap"> <tr> <td align="center"
style="padding: 20px 60px 24px 60px;" class="mp-lr-24"> <table role="presentation"
border="0" cellspacing="0" cellpadding="0" width="100%" align="center" class="wrap">
<tr> <td align="center"><table role="presentation" width="100" border="0"
cellspacing="0" cellpadding="0" align="left" class="wrap"> <tr> <td align="center"
style="padding-right: 12px;" class="padding-none"><table role="presentation"
width="100" border="0" cellspacing="0" cellpadding="0" align="center" class="wrap">
<tr> <td align="center"><a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&_m=12
e1a2235cf24f998a404c06c04e378f&_e=p6Vxp4zZWLsyfme5yvCF1fAlfFl7ApHm7aPx4QObe-dafW
kYO4AfVQtUth8bLAz6KLFOMk3T9a5pdnXGPHZvmG-rOfJXXrIvd1GtZLHQd3FBse-JWHe4C68eDmKc2Q4THB
cNV-YOJNFLFY9wxkDuiJZ-HU20eEqGR5gGmOjWsgmqj4ipC0ah5taDK_dbbFsWaxdp2hwfWMojN5wEK6rUpI
jFuVK1biwBxwAWhfHNJqCsh-4x86v_SMR0WwFw--fkUw58m6oquAUW-TkNtJOsBQ5MZ8Z58npPxO9ouIuZxQ
RC8pvbxyH4SkS1DJuE_erXDTYdNBQdfsG75ANalp_syXH3zkG3pNeNJZ3J48-QM3CmjFeo_K6G_ii0BqXYjl
KvnErfqXOZ8Zw0hTCe-2ITOW1kAg6Q6a3aiSufoWIiZP-CKeu044Vz8oU4Z5xLPts-L2pGkpEde4Y4ikWNoL
BH0oilDYEDO1nzj21FV_Sn8dtzUymUfC6oo3krsjLtwW5w4qDnrxZ1xpljdcCrpiHXMfbObjC4XOKdJu4Iz2
p7VAWsqETbzKNbn6SfC3YZPI-E6KFcQg6SzBe-3Quk5OQwVHQaX0bmZ032mfNSqflvQOI%3D"><img
src="http://images.meredith.com/People/Images/Newsletters/2023/02/DotdashMeredith_Lo
go_BLK.png" width="100" alt="Dotdash Meredith" style="max-width:100px
!important;"></a></td> </tr> </table></td> </tr> </table> <!--[if (gte mso
9)|(IE)]></td> <td><![endif]--> <table role="presentation" height="24" class="wrap"
border="0" cellspacing="0" cellpadding="0" align="left"> <tr> <td align="center"
class="footer-text mp-t-10" style="color: #000000 95%; font-size: 14px; line-height:
20px; text-align: center;">People is part of the <a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&_m=12
e1a2235cf24f998a404c06c04e378f&_e=p6Vxp4zZWLsyfme5yvCF1fAlfFl7ApHm7aPx4QObe-dafW
kYO4AfVQtUth8bLAz6KLFOMk3T9a5pdnXGPHZvmG-rOfJXXrIvd1GtZLHQd3FBse-JWHe4C68eDmKc2Q4THB
cNV-YOJNFLFY9wxkDuiJZ-HU20eEqGR5gGmOjWsgmqj4ipC0ah5taDK_dbbFsWaxdp2hwfWMojN5wEK6rUpI
jFuVK1biwBxwAWhfHNJqCsh-4x86v_SMR0WwFw--fkUw58m6oquAUW-TkNtJOsBQ5MZ8Z58npPxO9ouIuZxQ

```
RC8pvbxyH4SkS1DJuE_erXDTYdNBQdfsG75ANalp_syXH3zkG3pNeNJZ3J48-QM3CmjFeo_K6G_ii0BqXYjl
KvnErfqXOZ8Zw0hTCe-2ITOW1kAg6Q6a3aiSufoWIiZP-CKeu044Vz8oU4Z5xLPts-lZUkCbo1c4_Uph4HuO
Ryxd2ngiXqQ_Sg4D1p3Uz4uSzYITQPhUVYLbhW8h516kAJVuOtZkJ2YdJUm3KG6_oDd6vRqGxhE0mTBD0_qm
eYYLIbUBrSJLl-gxRZfsqDowSVUdaPwLXtJAkGN_eYZa5KaXotCDGbjdw76if6RHLpApU%3D"
style="color:#000000; text-decoration: underline;">Dotdash Meredith</a> publishing
family.</td> </tr> </table></td> </tr> </table></td> </tr> </table> <!--end message
content--> </td> </tr> </table> <!--LiveIntent Logos--> <table border="0"
cellspacing="0" cellpadding="0" class="wrap" width="600" align="center"> <tr> <td
style="text-align: center; padding-bottom: 20px;"> <table align="center"
cellspacing="0" cellpadding="0" border="0" width="280"> <tr> <td width="165"
style="text-align:center;"><a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12
e1a2235cf24f998a404c06c04e378f&amp;_e=p6Vxp4zZWLsyfme5yvCF1ePIP8uSc91mXDAYoamKDhJoew
LVhXYSx9vCCeMUKs9HQer5YjhsTzu2URvIQ7lLlJTLdHdqvBut3FGiqdYCn1CytqCIe6PPLoRf9MNWsSCi-8
FWPSR5dHZZ3GFlgmn46jrEAHonUkFKD2sgn-KBjkMuYyl02fm5s5wmxYL1sW4RXrrJcKtNL7SuJsLyc_Xzuy
91ir2fjcSZY178ecHt4GpmN5ifb_-Xt_kgnJMN4wRZok5owK9qGzEGLPoebmTxD-_41b8omreziDUfkqhZ6o
ISRcweTVS_883z4gxSHd8yarPJIA0IbT6fEMkKr9M5c7t2SGYRwVXbvNq9UEr_JyB7elujITqRBcXr_z3rmO
-L8Ltf0RHwUWbFPg53VYi6uwz8zYGD519pdSAE6siA12XPcsJ5M1QvAaO9uQ8nCrpPovvjwYh8XZ49_G6SUY
5OP-pELOiLiDB8AKf12jnvuaO81SWzl_DOCmCDLbwK5WtLOvryEQXhPV_PMEyP5mgJ2g1WdLZRNU78X-Mdlw
98F82rRosNFw8m_tFLPvs425IO7eWIEuklnwMJIyyYKdvaGfUCmHFbYFMODhORUaXGTwY%3D"><img
src="https://images.meredith.com/crossbrand/Newsletter/2022/11/liveintent_powerdby_3
60w.png" width="165" height="13" border="0"></a></td> <td width="75"
style="text-align:center;"><a
href="https://links.people.com/u/click?_t=36ba8fa8372241d58b3bfc06997a4332&amp;_m=12
e1a2235cf24f998a404c06c04e378f&amp;_e=p6Vxp4zZWLsyfme5yvCF1ePIP8uSc91mXDAYoamKDhLr31
EKIiJEhzWiLIfkg46QK20KjQPg6AU3WgWxUPmfwjhHfPeEAxBJbPNDsLgzYj9lzyY7zxzlit-hPLGyohX74T
Q213IyiDI2OcnagrIt1ZyWHDUIvhIo1_ELSwJQ8dxwgWz0Gi_p1IU_2lJg6N7pNXCGhsxCl1F41lToU26DVv
TtUMgNdSH9wPQr8vbq7eMxZELnXHgqQ_2-DITmy12dXFHkJrS0IjPJjVWxYKiocl1MZiWI9qjS8uElCKWPpL
R0qDWSTSClkTaFH8S3A31uC6_qzscjHbsZez5jpJPrFMmw21q74dCw3THN5RjmqwD8engeG6RCdZ76BYgNgk
Qoph5oklLoFUxNcHOSZTykIOGSMS6sNp1MPS9uThKnEmXi_eGHgF-6bf1jK7NR6S13yNOlix3xkKIulpHs8F
OC1vr4S1yCv0yLfAhgeJ7SBkRiaOYgfS9oFCE2bKeGK69iPVkSCTGMTzqsMExSD7JMAvdhqy6qocNSTTt3Qe
lU05YxenYht-lebwUWgI-LDixiqlg4UDz3Qe5-UFkFYH4nY7LYIRBSYZCL9UU2IC6NJGc%3D"><img
src="https://images.meredith.com/crossbrand/Newsletter/2022/11/liveintent_adchoices_
170w.png" width="75" height="18" border="0"></a></td> </tr> </table> </td> </tr>
</table> <!--end wrapper table--> <!-- SAFE RTB --> <table cellpadding="0"
cellspacing="0" border="0" width="40" height="6"><tbody><tr><td><img
src="https://sli.people.com/imp?s=125532100&amp;li=PPL_BreakingNews&amp;e=[REDACTED]@y
ahoo.com&amp;p=20250625&amp;lctg=c273891e71ab67b724806bef588028d0c8a6c337&amp;stpe=p
ixel" width="2" height="6" border="0"></td><td><img
src="https://sli.people.com/imp?s=125532101&amp;li=PPL_BreakingNews&amp;e=[REDACTED]@y
ahoo.com&amp;p=20250625&amp;lctg=c273891e71ab67b724806bef588028d0c8a6c337&amp;stpe=p
ixel" width="2" height="6" border="0"></td><td><img
src="https://sli.people.com/imp?s=125532102&amp;li=PPL_BreakingNews&amp;e=[REDACTED]@y
ahoo.com&amp;p=20250625&amp;lctg=c273891e71ab67b724806bef588028d0c8a6c337&amp;stpe=p
ixel" width="2" height="6" border="0"></td><td><img
src="https://sli.people.com/imp?s=125532103&amp;li=PPL_BreakingNews&amp;e=[REDACTED]@y
ahoo.com&amp;p=20250625&amp;lctg=c273891e71ab67b724806bef588028d0c8a6c337&amp;stpe=p
ixel" width="2" height="6" border="0"></td><td><img
src="https://sli.people.com/imp?s=125532104&amp;li=PPL_BreakingNews&amp;e=d[REDACTED]y
ahoo.com&amp;p=20250625&amp;lctg=c273891e71ab67b724806bef588028d0c8a6c337&amp;stpe=p
```

```
ixel" width="2" height="6" border="0"></td></tr></tbody></table> </td> </tr>
</table> <!--end wrapper table--> <!--Yahoo-specific CSS (compressed CSS block from
<head> | visit minifier.org for online compression tool)--> <style
type="text/css">@media only screen and
(max-width:480px){.lihide{display:none!important}.lishow{display:table-row!important
}}</style> <style
type="text/css">.hl-1,.hl-2,.hl-3,.text,.preheader-link,.footer-text,.footer-link,.b
utton_style,.button_style-2{font-family:'Arial',Helvetica,sans-serif;color:#0d0d0d}a
{color:#0d0d0d}.hl-1{font-size:28px;line-height:32px;font-weight:700;text-align:left
}.hl-2{font-size:20px;line-height:24px;font-weight:700;text-align:left}.hl-3{font-si
ze:12px;line-height:16px;font-weight:700;text-align:center;color:#0d0d0d}.text{font-
size:16px;line-height:24px;font-weight:400;text-align:left}.preheader-link{font-size
:14px;line-height:18px;font-weight:300;text-align:left}.footer-text{font-size:12px;l
ine-height:16px;font-weight:400;color:gray;text-align:center}.footer-link{font-size:
12px;line-height:16px;font-weight:400;color:gray;text-align:center}.button_structure
{-webkit-border-radius:0;-moz-border-radius:0;border-radius:0;height:45px;background
-color:#009ed8;text-align:center!important}.button_style{font-size:14px;line-height:
20px;font-weight:700;letter-spacing:1px;text-transform:uppercase;color:#fff!importan
t;text-align:center!important;text-decoration:none;-webkit-border-radius:0;-moz-bord
er-radius:0;border-radius:0;padding:15px
0;display:inline-block;width:100%}.button_structure-2{-webkit-border-radius:0;-moz-b
order-radius:0;border-radius:0;height:45px;border:1px solid
#000;background-color:#fff;text-align:center!important}.button_style-2{font-size:12p
x;line-height:16px;font-weight:700;letter-spacing:1px;text-transform:uppercase;color
:#000!important;text-align:center!important;text-decoration:none;-webkit-border-radi
us:0;-moz-border-radius:0;border-radius:0;padding:15px
0;display:inline-block;width:100%}.border-bottom{border-bottom:1px solid
gray}html{Margin:0 auto;padding:0}body{width:100%;min-width:100%;Margin:0
auto!important;padding:0!important;border-collapse:collapse!important;table-layout:f
ixed!important}table
td{border-collapse:collapse!important}img{display:block;border:0;text-align:center}.
p-t-16{padding-top:16px}.p-t-24{padding-top:24px}.p-t-32{padding-top:32px}.p-b-20{pa
dding-bottom:24px}.p-r-24{padding-right:24px}.p-b-32{padding-bottom:32px}.p-tb-24{pa
dding-top:24px;padding-bottom:24px}.p-lr-24{padding-left:24px;padding-right:24px}.p-
tb-32{padding-top:32px;padding-bottom:32px}.p-t-24-b-32{padding-top:24px;padding-bot
tom:32px}.p-tblr-20{padding-top:20px;padding-bottom:20px;padding-left:20px;padding-r
ight:20px}.p-tb-32-lr-24{padding-top:32px;padding-bottom:32px;padding-left:24px;padd
ing-right:24px}.p-t-32-lr-24{padding-top:32px;padding-left:24px;padding-right:24px}.
p-b-32-lr-24{padding-bottom:32px;padding-left:24px;padding-right:24px}#outlook
a{padding:0!important}.ExternalClass
*{line-height:100%}*{-webkit-text-size-adjust:none}@media screen and
(max-width:480px){u+.body
.full-wrap{width:100%!important;width:100vw!important}.mobile-only{display:block!imp
ortant;width:auto!important;max-height:inherit!important;overflow:visible!important;
float:none!important}.wrap{width:100%!important;max-width:100%!important;height:auto
!important}.empty{width:0!important;height:0!important;display:none!important}.respo
nsive-image{width:100%!important;max-width:100%!important;height:auto!important}.m-h
l-2{font-size:20px;line-height:24px;font-weight:700;text-align:left}.padding-none{pa
dding:0!important}.mp-b-10{padding-bottom:10px!important}.mp-t-10{padding-top:10px!i
mportant}.mp-t-20{padding-top:20px!important}.mp-b-20{padding-bottom:20px!important}
```

```
.mp-b-32{padding-bottom:32px!important}.mp-tblr-20{padding-top:20px!important;paddin
g-bottom:20px!important;padding-left:20px!important;padding-right:20px!important}.mp
-tb-32-lr-24{padding-top:32px!important;padding-bottom:32px!important;padding-left:2
4px!important;padding-right:24px!important}.mp-tlr-24-b-32{padding-top:24px!importan
t;padding-bottom:32px!important;padding-left:24px!important;padding-right:24px!impor
tant}.mp-lr-24{padding-left:24px!important;padding-right:24px!important}.break{displ
ay:block!important}.border-footer{border-bottom:1px solid
#c8c7c7!important}.border-none{border:none!important}.center{text-align:center!impor
tant}.mobileBG{background-image:url()!important}}</style> <!--end of Yahoo-specific
CSS-->
<img border="0" width="1" height="1" alt=""
src="http://track.people.com/q/v5yXAhDHqwwdyhkJD2SaoA~~/AARGbBA~/Hmd8ZlD_qunRiFRx-9m
XLTYq4wDZPwCNxGfIleB_yT-CbqbBrK7qqL6HCPWTu8ELXHVM25ISYuDLLh9E3m12Zw~~">
</body> </html>
```