UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIANE AYERDI, *individually and on behalf of all others similarly situated*,

                Plaintiff,

-v-

ZETA GLOBAL HOLDINGS CORP. *and* DOTDASH MEREDITH, INC.,

                Defendants.

25 Civ. 5780 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion for appointment of lead counsel and consolidation with *A.P., et al. v. Zeta Global Corp.*, No. 25 Civ. 5823 (PAE) in this case. Dkt. 15. Responses to these motions are due August 18, 2025. The Court does not invite replies.

SO ORDERED.

                                            *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: August 4, 2025
       New York, New York