**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DIANE AYERDI, R.E.A., and K.G., on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZETA GLOBAL HOLDINGS CORP., et al.,<br><br>Defendants. | Case No. 1:25-cv-5780-PAE<br><br>**NOTICE OF DEFENDANTS ZETA GLOBAL HOLDINGS CORP. AND ZETA GLOBAL CORP.'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE** |

**PLEASE TAKE NOTICE THAT,** upon the accompanying Memorandum of Law in Support of Zeta Global Holdings Corp. and Zeta Global Corp.'s (collectively, "Zeta") Motion to Dismiss the First Amended Complaint ("FAC"), the Declaration of Whitney M. Smith dated January 5, 2026 and exhibits attached thereto, and Zeta's Request for Judicial Notice, Zeta, by and through its counsel, Kelley Drye & Warren LLP, hereby moves this Court, before the Honorable Paul A. Engelmayer, United States District Court for the Southern District of New York, 40 Foley Square, Courtroom 1305, New York, NY 10007, for an Order dismissing all claims in the FAC pursuant to the Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), with prejudice, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to the Court's Order dated October 23, 2025 (ECF No. 32), Plaintiffs' papers in opposition to Zeta's Motion to Dismiss, if any, are due by February 19, 2026, and Zeta's reply papers are due by March 20, 2026.

**PLEASE TAKE FURTHER NOTICE THAT,** Zeta hereby requests oral argument on its Motion to Dismiss.

Dated: January 5, 2026
New York, New York

KELLEY DRYE & WARREN LLP

By: */s/ Whitney M. Smith*

Whitney M. Smith
Danielle J. Terracciano
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
wsmith@kelleydrye.com
dterracciano@kelleydrye.com

Lauri A. Mazzuchetti*
7 Giralda Farms, Ste. 340
Madison, NJ 07940
Tel: (973) 503-5900
Fax: (973) 503-5950
lmazzuchetti@kelleydrye.com
**pro hac vice forthcoming*

*Counsel for Defendants*