**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DIANE AYERDI,<br><br>Plaintiff,<br><br>v.<br><br>ZETA GLOBAL HOLIDINGS CORP., *et al.*,<br><br>Defendants. | **NOTICE OF DEFENDANT DOTDASH MEREDITH INC.'S MOTION TO DISMISS**<br><br>Case No.: 1:25-cv-05780 (PAE) |

Please take notice that, upon the accompanying Memorandum of Law in Support of Defendant Dotdash Meredith's Inc.'s ("Dotdash") Motion to Dismiss the First Amended Complaint, Dotdash moves this Court, before the Honorable Paul A. Engelmayer, United States District Court for the Southern District of New York, 40 Foley Square, Courtroom 1305, New York, NY 10007, for an Order dismissing all claims in the First Amended Complaint, pursuant to the Fed. R. Civ. P. 12(b)(1) and 12(b)(6), with prejudice.

Please take further notice that, pursuant to the Court's Order dated October 23, 2025 [ECF No. 32], Plaintiffs' papers in opposition to Dotdash's Motion to Dismiss, if any, are due by February 19, 2026, and Zeta's Dotdash's reply papers are due by March 20, 2026.

Please take further notice that, Dotdash requests oral argument on its Motion to Dismiss.

Dated: January 5, 2026

By: /s/ *Aaron Weiss*

Aaron S. Weiss
Email: aweiss@carltonfields.com
Michael Margulies
Email: mmargulies@carltonfields.com
Carlton Fields, P.A
730 Third Avenue, 19th Floor
New York, New York 10017
Telephone: 212-785-2577

*Attorney for Defendant Dotdash Meredith Inc.*

## CERTIFICATE OF SERVICE

It is hereby certified that, on this January 5, 2026, this document, filed through the CM/ECF system, will be served electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

/s/ *Aaron Weiss*
Aaron S. Weiss