UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ZETA GLOBAL DATA PRIVACY LITIGATION | 25 Civ. 5780 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

On January 5, 2026, defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Dkts. 43–49. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiffs shall file any amended complaint by January 28, 2026. No further opportunities to amend will ordinarily be granted. If plaintiffs do amend, by February 11, 2026, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiffs, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiffs shall file any opposition to the motion to dismiss, consistent with the parties' joint schedule, Dkt. 32, by February 19, 2026. Defendants' reply, if any, shall be filed by March 20, 2026. At the time any reply is filed, the moving party shall supply the Court with two courtesy copies of all motion

---

[1] If defendants file a new motion to dismiss or rely on their previous motion, plaintiffs' opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

PAUL A. ENGELMAYER<br>
United States District Judge

Dated: January 6, 2026
      New York, New York