

**Whitney Smith**

Kelley Drye & Warren LLP
7 Giralda Farms
Suite 340
Madison, New Jersey  07940

Tel: (973) 503-5923
WSmith@KelleyDrye.com

*Via Electronic Filing*

Hon. Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

January 13, 2026

*25-cv-5780*

*Re: Letter Motion to Seal ECF No. 45-3, Exhibit to Declaration of Whitney M. Smith*

Dear Judge Engelmayer:

Defendants Zeta Global Corp. and Zeta Global Holdings Corp. (collectively, "Zeta"), submit this letter motion to file ECF No. 45-3 under seal and to refile the attached Proposed Exhibit C with Court-approved redactions.

On January 5, 2026, Zeta filed its Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion"). (ECF No. 43.) In support of the Motion, Zeta filed the Declaration of Whitney M. Smith ("Smith Declaration"), which attached Exhibit C ("Exhibit") as ECF No. 45-3, along with several other exhibits. (ECF No. 45.) The Exhibit is a copy of Plaintiff Diane Ayerdi's National Public Data profile, which Zeta obtained by visiting the website identified in the Smith Declaration. (*Id.*) The Exhibit contains information about Ms. Ayerdi, including her date of birth, home address, phone number, and email address. (*See* ECF No. 45-3.) Zeta included the Exhibit to support its position that, among other things, Ms. Ayerdi fails to show a nexus between Zeta's conduct and her alleged injury because the unredacted information in Exhibit C is publicly available and is not private. (ECF No. 45, at 8–9.)

In advance of filing Exhibit C, Zeta carefully reviewed the applicable federal and local rules regarding the redaction of certain information. In accordance with Fed. R. Civ. P. 5.2, the Southern District of New York's ECF Privacy Policy, and this Court's Individual Rules and Practices in Civil Cases, Zeta redacted Ms. Ayerdi's birth month and date, and street addresses from the Exhibit. Under the applicable rules, Zeta was not, and is not, required to redact Ms. Ayerdi's email addresses or telephone numbers. This information also is not identified as among the categories of information for which parties should exercise caution prior to filing. (SDNY ECF Privacy Policy.) Accordingly, Zeta filed the Exhibit without redacting Ms. Ayerdi's email address or phone number.

January 13, 2026

On Friday, January 9, 2026, Plaintiff's counsel advised that it deemed the lack of redactions to Ms. Ayerdi's email addresses and telephone numbers improper. Counsel requested that Zeta withdraw the Exhibit and re-file it with such information redacted. Although Zeta maintains that it complied with all applicable rules for redaction, it does not want Ms. Ayerdi to be at risk of harm or exploitation due to this filing. Zeta requested that Ms. Ayerdi's counsel provide further information on Ms. Ayerdi's asserted privacy concerns to help support the request to seal this information. In response, Ms. Ayderdi's counsel represented that they intend to file a submission in furtherance of this motion that substantiates the sealing request.

Accordingly, in deference to the request by Ms. Ayerdi and out of an abundance of caution, Zeta respectfully requests the Court seal the Exhibit and enter its further-redacted Proposed Exhibit C on the public docket. Zeta's proposed redactions, which are indicated in yellow (as compared to its present redactions in black that are subject to Fed. R. Civ. P. 5.2), are narrowly tailored and only removes the information that is the subject of Ms. Ayerdi's request.

Encl.

Respectfully submitted,

*Whitney M. Smith*

Whitney M. Smith

GRANTED.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

January 14, 2026
New York, New York

2